# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-01153 JAK (PLAx) | Date | February 24, 2012 |
|---|---|---|---|
| Title | Silver Spring Investments, Inc., et al v. Brown and Fortunato PC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On February 22, 2012, plaintiffs filed "Notice of Settlement" (Dkt. 27).  The Court sets an Order to Show Cause re Dismissal for March 26, 2012 at 1:30 p.m.  If the parties file a dismissal by March 22, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The February 27, 2012 post mediation status conference, April 16, 2012 final pretrial conference, April 27, 2012 exhibit conference, and May 1, 2012 jury trial are vacated.

**IT IS SO ORDERED.**

                                                                                                                         :
                                                                              Initials of Preparer   ak